FILED

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### (FORT MYERS DIVISION)

2012 SEP 13  PM 3: 41

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS. FLORIDA

SHAINA A. RUTHERFORD, Individually
and on Behalf of All Others Similarly Situated,

     Plaintiffs,

v.

ZOOM TAN, INC.; ZOOM TAN, LLC;
ZOOM TAN FRANCHISING, LLC; and
CLUB TEXTING, INC. d/b/a EZ TEXTING,
Inc.,

     Defendants.

_____/

2:12-cv-509-FtM-29DNF

**Case No.:**

**Judge:**

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

**NOTICE OF REMOVAL**

DOUGLAS N. FRAZIER
U.S. MAGISTRATE JUDGE

Please take Notice that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants ZOOM TAN, INC., ZOOM TAN, LLC, and ZOOM TAN FRANCHISING, LLC (collectively the "Zoom Tan Defendants"), remove this action from the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, to the United States District Court Middle District of Florida, Fort Myers Division.   As grounds for removal, the Zoom Tan Defendants, aver as follows:

     1.     On August 21, 2012, the Plaintiff, SHAINA A. RUTHERFORD ("Plaintiff"), individually and on behalf of all others similarly situated, instituted a civil action in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, with the following case caption:  SHAINA A. RUTHERFORD, Individually and on Behalf of All Others Similarly Situated v. ZOOM TAN, INC.; ZOOM TAN, LLC; ZOOM TAN FRANCHISING, LLC; and CLUB TEXTING, INC. d/b/a EZ TEXTING, Inc.; Case No.:

12-CA-002491 ("the State Court Proceedings"), by filing a Complaint and causing Summons to be issued.  Pursuant to 28 U.S.C. § 1446(a), copies of these documents are attached hereto as **Exhibit "A"**.

2.     The Zoom Tan Defendants were served with a copy of said Complaint on August 24, 2012.

3.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days of the Zoom Tan Defendants receipt of the Complaint.

4.     According to the allegations in the Complaint, the Plaintiff's cause of action arises under the federal Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.  *See* "First Claim for Relief" in the Plaintiff's Complaint attached hereto as **Exhibit "B"**.

5.     This is a civil action over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C.§ 1331 since it arises under the law of the United States. *See Mims v. Arrow Financial Services,* 132 S. Ct. 740 (2011) ("We hold, therefore, that federal and state courts have concurrent jurisdiction over private suits arising under the TCPA."; "Nothing in the text, structure, purpose, or legislative history of the TCPA calls for displacement of the federal question jurisdiction U.S. district courts ordinarily have under 28 U.S.C. §1331.").

6.     Pursuant to 28 U.S.C. §§1331 and 1441, and the above cited authority, removal of the State Court Proceedings to this Court is appropriate.

7.     The undersigned hereby certifies that Defendant, CLUB TEXTING, INC. d/b/a EZ TEXTING, Inc., has consented to the filing of this Notice of Removal.  *See* **Exhibit "C"**.

8.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff and filed with the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

WHEREFORE, the Zoom Tan Defendants hereby give notice that Civil Action 12-CA-002491, which was previously pending in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, is hereby removed to the Middle District of Florida, Fort Myers Division.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal has been furnished by E-Mail and U. S. Mail this 13th day of September, 2012 to KENNETH G. GILMAN, ESQUIRE, kgilman@gilmanpastor.com, and THOMAS E. N. SHEA, ESQUIRE, tshea@gilmanpastor.com, GILMAN LAW LLP, Beachway Professional Center Tower, 3301 Bonita Beach Road, Suite 307, Bonita Springs, Florida 34134; and MICHAEL B. HAZZARD, ESQUIRE, hazard.michael@arentfox.com, ARENT FOX, 1050 Connecticut Avenue, NW, Washington, DC 20036-5339.

HAHN LOESER & PARKS LLP

By:_____

JUSTIN B. MAZZARA
Florida Bar No. 0036217
Counsel for Defendants, Zoom Tan
2532 East First Street
Fort Myers, FL 33901
Phone: (239)337-6700
E-Mail: jmazzara@hahnlaw.com
*Counsel for Defendants Zoom Tan, Inc.,*
*Zoom Tan, LLC, and Zoom Tan*
*Franchising, LLC*

4986569.1